# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEFAN BATCHELOR | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-1258 |
| | : | |
| LIEUTENANT SPAGNOLETTI, SUPERINTENDENT J. TERRA, UNIT MANAGER S. GRADY, CAPTAIN YOUNG | : | |

# ORDER

**AND NOW**, this 21st day of February 2025, upon studying Defendants' Motion for summary judgment (ECF 56) including a video tape of the alleged incident certified to be true and correct and shared with the incarcerated pro se Plaintiff (ECF 60), Plaintiff's Opposition (ECF 58, 59, 61), and confirming no genuine issues of material fact and judgment is warranted as a matter of law as detailed in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF 56) is **GRANTED** requiring the Clerk of Court **close** this case.

**KEARNEY, J.**